1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS WARD McFADDEN<br>MARCIA-ANN: WILLARDSON<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for the registered holders of ARGENT SECURITIES Inc., Asset backed Pass through Certificates, Series 2003-W6; FIDELITY NATIONAL TITLE COMPANY; STEPHANIE ALONZO, Individually, and as Agent for DEFAULT RESOLUTION NETWORK; AMERICAN HOME MORTGAGE SERVICING INC.; POWER DEFAULT SERVICES, INC.; ROBERT J. JACKSON and Associates Inc.; DAVID J. BOYER Attorney, Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY; CITI RESIDENTIAL LENDING INC.; (OLYMPUS MORTGAGE COMPANY); JOHN DOES (Investors) | Case No.: 2:10-cv-03004-JAM-KJN<br><br>*Magistrate Judge Kendall J. Newman*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO STRIKE AND 12(b)(6) MOTIONS TO DISMISS**<br><br>**[FRCP Rule 12(b)(6) and (e)]**<br><br>Date:   February 24, 2011<br>Time:   10:00 a.m.<br>Ctrm.:   25, 8th Floor<br><br>Complaint Filed:  November 10, 2010 |

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
REQUEST TO APPEAR TELEPHONICALLY

1-1000, BLACK and WHITE CORPORATIONS; JANES DOES 1-100, JOHN DOES 1-100, et al.   )
)
)
)

                    Defendants.   )
_____ )

    Counsel for Defendants ROBERT J. JACKSON AND ASSOCIATES INC.; and DAVID J. BOYER, ESQ. (erroneously named as DAVID J. BOYER Attorney, Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY); DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6; AMERICAN HOME MORTGAGE SERVICING INC.; and POWER DEFAULT SERVICES, INC., (collectively, "Defendants") may participate by TELEPHONE in the upcoming hearing on Defendants' Motion to Strike and Motions to Dismiss set to be heard on February 24, 2011 at 10:00 a.m. in Courtroom "25" of the above-entitled Court. Defendants' counsel shall be available at his direct telephone number of **(949) 477-5066**, at approximately 10:00 a.m. to participate.

DATED: February 23, 2011

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS'
REQUEST TO APPEAR TELEPHONICALLY