Dennis Ward McFadden, *pro per*
c/o: ATPA 228 Commercial Street, #191
Nevada City, California state
[95959]
Phone # 530 624-6332

Marcia-Ann: Willardson, *Pro per*
228 Commercial Street #191
Nevada City, California state
[95959]
Phone # 916-416-5788

FILED

JUL 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Ward McFadden, *pro per*<br>Marcia-Ann: Willardson, *pro per*<br>    Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR CERTIFICATE HOLDERS FOR ARGENT SECURITIES TRUST 2003-W6; FIDELITY NATIONAL TITLE COMPANY; STEPHANIE ALONZO, Individually and as Agent for FIDELITY NATIONAL TITLE COMPANY; DEFAULT RESOLUTION NETWORK; NATALIE GOLD, Individually, and as Agent for DEFAULT RESOLUTION NETWORK; AMERICAN HOME MORTGAGE SERVICING INC.; POWER DEFAULT SERVICES, INC. ROBERT J. JACKSON and Associates Inc. DAVID J. BOYER Attorney, Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY; CITI RESIDENTIAL LENDING INC.,(OLYMPUS MORTGAGE COMPANY) JOHN DOES (Investors) 1-10,000, BLACK and WHITE CORPORATIONS;<br>JANE DOES 1-100, JOHN DOES 1-100, et al.,<br>    Defendants | Case No.: **2:10-CV-03004-JAM-KJN**<br><br>PROOF OF SERVICE<br>REQUEST FOR ENTRY OF CLERK'S DEFAULT, AND<br><br>AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S DEFAULT. |

Opposition to Plaintiff(s) Motion to Dismiss, McFadden et. al. v. DEUTSCHE et. al. Case # 2:10-CV-03004-JAM-KJN
Page 1

## PROOF OF SERVICE

On __July 12th__, 2011, I, __Ryan J. Durham__, did serve via USPS FIRST CLASS Mail the following Documents to the parties named herein below:

1. Request for entry of Clerks Default.
2. Affidavit in support of Request for entry of Default.
3. This Proof of Service to the following Defendants;

To:   DEUTSCHE BANK NATIONAL TRUST COMPANY.
      AMERICAN HOME MORTGAGE SERVICING INC.
      POWER DEFAULT SERVICES, INC.
      ROBERT J. JACKSON, and Associates Inc.
      DAVID J. BOYER Attorney, Agent for DEUTSCHE BANK NATIONAL TRUST COMPANY;

In care of: WRIGHT, FINLAY,& ZAK, LLP
            Robin P. Wright, Esq.
            T. Robert Finlay, Esq.
            Robert B. Norum, Esq.
            Shar Bahmani,   Esq.
            4665 MacArthur Court, Suite 280
            Newport Beach, CA 92660

To:   FIDELITY NATIONAL TITLE COMPANY;
      DEFAULT RESOLUTION NETWORK, DIVISION, erroneously sued as
      DEFAULT RESOLUTION NETWORK.

In care of: PETER K. WOLFF, JR. (SBN 142426)
            CHRISTINE STARKIE (SBN 226354)
            FIDELITY NATIONAL LAW GROUP
            A Division of Fidelity National Title Group, Inc.
            100 North Widget Lane, Suite 150
            Walnut Creek, California 94598

To:   CITI RESIDENTIAL LENDING, INC.

In care of: AKERMAN SENTERFITT LLP
            DONALD SCOTTEN, (State Bar No. 190532)
            725 South Figueroa Street, 38th Floor
            Los Angeles, California 90017-5433

To:   Natalie Gold

In care of: DEFAULT RESOLUTION NETWORK
            FIDELITY NATIONAL TITLE COMPANY
            135 Main Street, Suite 1900
            San Francisco, CA 94105

Proof of Service Request for Clerks Default, McFadden et. al. v. Deutsche et. al.; Case # 2:10-CV-03004-JAM-KJN    Page 2 of 3

To:   Stephanie Alonzo

In care of: FIDELITY NATIONAL TITLE COMPANY
135 Main Street, Suite 1900
San Francisco, CA 94105

I, **Ryan J. Durham**, declare under penalty of perjury of the laws of California, that I am not a party to this action and that I have served true copies of the above documents in to each of the parties listed above in the manner shown herein.

By: _[signature]_

Address: 404 Nimrod St. Nevada City CA. 95959

Proof of Service Request for Clerks Default, McFadden et. al. v. Deutsche et. al.;   Case # 2:10-CV-03004-JAM-KJN   Page 3 of 3