IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WARD MCFADDEN;
MARCIA-ANN: WILLARDSON,

        Plaintiff,                No. 2:10-cv-03004 JAM KJN PS

    v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee, in
trust for the registered holders of
ARGENT SECURITIES Inc., Asset
backed Pass through Certificates,
Series 2003-W6, et al.,

        Defendant.            <u>ORDER</u>
_____/

        On July 10, 2012, the undersigned filed proposed findings and recommendations that recommended the dismissal of the remaining three named defendants and the closure of this case.[1] (<u>See</u> Findings & Recommendations, Dkt. No. 54.) Plaintiffs failed to file timely objections to the proposed findings and recommendations, and the undersigned's recommendations are now pending before the district judge.

        Although plaintiffs failed to timely object to the proposed findings and

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

recommendations, plaintiff "Dennis Ward," named as "Dennis Ward McFadden" in the pleadings, filed a 68-page document consisting of numerous "motions to show cause" (Dkt. No. 55). These "motions" include documents labeled "Motion to Show Cause Re: Larceny," "Motion to Show Cause Re: Larceny by Trick," "Motion to Show Cause Re: Larceny by Extortion," "Motion to Show Cause Re: Aggravated Larceny," etc. One of the motions is even labeled "Motion to Show Cause Re: Patent Infringement" even though this case involved a defaulted loan and foreclosed property.

The undersigned denies Ward's motions to show cause for two primary reasons, although his motions could be denied for several additional reasons. First, Ward cites no procedural basis for his motions. Second, and more fundamentally, Ward's rambling motions are indecipherable and make no sense whatsoever. With no offense intended toward Ward, his motions are entirely filled with gibberish.

Accordingly, IT IS HEREBY ORDERED that the "motions to show cause" filed on August 6, 2012 (Dkt. No. 55) are denied.

IT IS SO ORDERED.

DATED: August 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE