IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WARD McFADDEN, et al.,

    Plaintiffs,   No. CIV-S-10-3004-JAM-KJN-PS

    vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.   ORDER
_____/

    On July 10, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

    1. The Proposed Findings and Recommendations filed July 10, 2012, are ADOPTED;

1

1  2. Plaintiff's motion for default judgment (Dkt. No. 52) is denied;

2  3. Defendants Stephanie Alonzo, Natalie Gold, and Olympus Mortgage Company are
3  dismissed from this case with prejudice; and

4  4. The Clerk of Court shall close this case and vacate all dates.

5  DATED:   August 28, 2012

6  /s/ John A. Mendez
7  UNITED STATES DISTRICT COURT JUDGE